1 | JOSEPH SCHLESINGER, #87692
Acting Federal Defender
2 | MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorneys for Defendant

6

7

8                 UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No. 13-mj-66 CKD |
| 11 | Plaintiff, ) | **APPLICATION AND ORDER FOR** |
| | ) | **TRANSPORTATION AND SUBSISTENCE** |
| 12 | v. ) | **PURSUANT TO 18 U.S.C. § 4285** |
| | ) | |
| 13 | AMILKAR ULTRERAS, ) | Judge: Hon. Allison Claire |
| | ) | |
| 14 | Defendant. ) | |
| 15 | _____ ) | |

16      Defendant Amilkar Ultreras requests an order for transportation

17 and subsistence costs pursuant to 18 U.S.C. § 4285.

18      Mr. Ultreras is indigent and unable to afford transportation and

19 subsistence costs to his initial appearance in the Western District of

20 Texas. Mr. Ultreras also requires transportation costs to return to

21 his residence in the Eastern District of California.

22 DATED: March 11, 2013            Respectfully submitted,
                                JOSEPH SCHLESINGER
23                                 Acting Federal Defender

24                                 /s/ M.Petrik
                                _____
25                                 MICHEL PETRIK, Jr.
                                Attorneys for Defendant
26

27

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. 13-mj-66 CKD

)

Plaintiff,  )  **ORDER FOR TRANSPORTATION AND**
)  **SUBSISTENCE**

v.  )
)  Hon. Allison Claire

AMILKAR ULTRERAS,  )

)

Defendant.  )
_____)

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named

defendant, Amilkar Ultreras, with transportation and subsistence costs

for travel to his initial appearance in the Western District of Texas.

The initial appearance is set before United States Magistrate Judge

Casteneda, Courtroom 612, 525 Magoffin Avenue, El Paso, Texas, 79901,

on March 21, 2013 at 2:00 p.m.  Mr. Ultreras also requires

transportation costs to return to his residence in the Eastern District

of California.

The United States Marshal must furnish Mr. Ultreras with money for

transportation and subsistence costs to and from his destination, not

to exceed the amount authorized as a per diem allowance for travel,

under 5 U.S.C. § 5702(a).  This order is authorized pursuant to 18

U.S.C. § 4285.

**IT IS SO ORDERED**.

Dated: March 11, 2013

_allison Claire_ _____

ALLISON CLAIRE

United States Magistrate Judge

Transportation Order  2  13-mj-66 CKD